# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TYRONE M. SAJNA

VERSUS

DISTRICT ATTORNEY'S OFFICE, ET AL.

CIVIL ACTION

21-684-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated February 27, 2023, to which an *Objection and Notice of Additional Information*[2] was filed. After considering the *Objection and Notice of Additional Information,* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Court declines to exercise supplemental jurisdiction over potential state law claims, that Tyrone M. Sajna's federal claims are DISMISSED WITH PREJUDICE for failure to state a claim and as legally frivolous pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and this case is CLOSED.

Signed in Baton Rouge, Louisiana, on this 29 day of March, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 11 and 12.